# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT P. THRASH, JR.,

    Plaintiff,

        v.

PEPSICO d/b/a SVC MANUFACTURING,
INC., and INTERNATIONAL
ASSOCIATION OF MACHINISTS AND
AEROSPACE WORKERS,

    Defendants.

No. 3:11-CV-410

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this _30th_ day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 53) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 53) is **ADOPTED**.

    (2)    The motion for summary judgment of Defendant International Association of Machinists and Aerospace Workers (Doc. 36) is **GRANTED**.

    (3)    The motion for summary judgment of Defendant SVC Manufacturing, Inc. (Doc. 37) is **GRANTED**.

    (4)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge