IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT P. THRASH, JR., | |
| Plaintiff, | No. 3:11-CV-410 |
| v. | (JUDGE CAPUTO) |
| PEPSICO d/b/a SVC MANUFACTURING, INC., and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, | (MAGISTRATE JUDGE MANNION) |
| Defendants. | |

### ORDER

**NOW** this 30th day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 53) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 53) is **ADOPTED**.

(2) The motion for summary judgment of Defendant International Association of Machinists and Aerospace Workers (Doc. 36) is **GRANTED**.

(3) The motion for summary judgment of Defendant SVC Manufacturing, Inc. (Doc. 37) is **GRANTED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge